IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID J. SMILEY-BEY, a.k.a. David J. Smiley, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:14cv1083-MHT (WO) |
| STEVEN SMITH, Chaplain, | ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(2) Defendant's motion to dismiss (doc. no. 13) is granted to the extent that defendant seeks dismissal on the basis of failure to exhaust administrative remedies.

(3) This lawsuit is dismissed without prejudice for failure to exhaust administrative remedies, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of August, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**